Aristides **LAGUNA–HERNANDEZ**, also known as Aristides Hernandez Laguna, Petitioner

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–60477

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 12, 2009.

Lawrence Erik Rushton, The Rushton Law Firm, Bellaire, TX, for Petitioner.

Thomas Ward Hussey, Director, Joan H. Hogan, U.S. Department of Justice, Office of Immigration Litigation, Ben Franklin Station, Washington, DC, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before WIENER, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Aristides Laguna–Hernandez (Laguna), a native and citizen of Nicaragua, petitions for review of an order of the Board of Immigration Appeals (BIA). It found him to be ineligible for cancellation of removal because his 2007 Texas conviction of possession of marijuana constituted an aggravated felony for purposes of immigration law. Laguna contends that the BIA erred by treating his conviction as equivalent to the federal offense of "recidivist possession." *See* 21 U.S.C. § 844(a).

We conclude that the BIA correctly determined that Laguna's offense constituted an aggravated felony for immigration law purposes. *See Carachuri–Rosendo v. Holder*, 570 F.3d 263, 266–68 (5th Cir. 2009), *petition for cert. filed* (July 15, 2009) (No. 09–60).

PETITION DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.